**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTENANCE FUND, and CONTRACT COMPLIANCE FUND,<br>　　　　Plaintiffs,<br>　　v.<br>VETERANS COMMUNICATION SERVICES INCORPORATED, a California corporation,<br>　　　　Defendant. | Case No.  CV14-01412 VAP (SPx)<br><br>ASSIGNED TO THE HONORABLE VIRGINIA A. PHILLIPS<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1    IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. Proc. 41(a) and the
2  "Notice of Dismissal Without Prejudice" filed by Plaintiffs Trustees of the Southern
3  California IBEW-NECA Pension Plan, et al., that all claims for relief in the above-
4  captioned action against Defendant Veterans Communication Services Incorporated
5  are dismissed without prejudice.

Dated:_August 14, 2014

_____
UNITED STATES DISTRICT JUDGE